THOMAS R. ASHLEY, ESQ.
50 Park Place, Suite 1400
Newark, New Jersey 07102
(973) 623-0501
Attorney for Defendant
Dwayne Foster

|  |  |
|---|---|
| UNITED STATES OF AMERICA,: | UNITED STATES DISTRICT COURT |
| : | DISTRICT OF NEW JERSEY |
| vs. : | DOCKET NO. 08-00551-001 |
| : | CRIMINAL ACTION |
| DWAYNE FOSTER, : | ORDER |
| Defendant. : |  |

THIS MATTER having been brought before this Court on application of Thomas R. Ashley, Esq,. on behalf of the defendant, Dwayne Foster and with the consent of Matthew E. Beck, Esq., Assistant United States Attorney on behalf of the Government, and Jonathan Muller, United States Pretrial Services Officer for good cause being shown:

IT IS on this __13__ day of May, 2009

ORDERED that defendant Dwayne Foster be permitted to visit with his children on Monday, May 25, 2009 between the hours of 8:00 a.m. and 6:00 p.m.

_____
HONORABLE DENNIS M. CAVANAUGH, U.S.D.J.