Case 2:08-cr-00551-CCC   Document 42   Filed 10/09/12   Page 1 of 1 PageID: 189

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| DWAYNE FOSTER | ) | Case No: | 2:8cr551-1 |
| | ) | USM No: | 289030-050 |
| Date of Original Judgment: 04/15/2009 | ) | | |
| Date of Previous Amended Judgment: | ) | Thomas Ashley, Esq | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/15/2009   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   10/02/2012

Judge's signature

Effective Date: _____
*(if different from order date)*

DENNIS M. CAVANAUGH, U.S.D.J.
*Printed name and title*